# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

ROBIN L. SALYERS,

        Plaintiff

        v.                          C-1-12-312

MACARTHUR PARK
APARTMENTS, *et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 22) to which neither party has objected. On February 6, 2013, the Report and Recommendation was mailed to plaintiff by certified mail, return receipt requested. It was returned to the Clerk of Courts, marked "Return to Sender/Unclaimed/Unable to Forward," on February 28, 2013.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

2

The Report and Recommendation of the United States Magistrate Judge (doc. no. 22) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  Defendants' Motion to Dismiss (doc. no. 10) is GRANTED and plaintiff's claims against defendants are DISMISSED WITH PREJUDICE.  Plaintiff's Motions for Jury Trial (doc. no. 5), for Court Review (doc. no. 6), for Court-Ordered Investigation (doc. no. 7) and to Preserve Evidence (doc. no. 8) are DENIED.

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                    s/Herman J. Weber  
                                                Herman J. Weber, Senior Judge  
                                                United States District Court